**FILED & ENTERED**

MAR 06 2023

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-10175-WJ |
| RONALD EUGENE GRAYSON, SR., | CHAPTER 13 |
| Debtor. | **DISMISSAL ORDER** |

On January 23, 2023, the Court issued a scheduling order [docket #13] ("Order") in this case and, on February 22, 2023, the first meeting of creditors occurred. After conducting the meeting of creditors, the chapter 13 trustee filed an objection to confirmation and a request to dismiss this case [docket #21] in accordance with the terms of the Order. The debtor has not filed opposition to the objection and the request by the trustee to dismiss this case and the deadline in the Order to do so (March 3, 2023) has passed.

Therefore, for the reasons set forth in the Trustee's pleading, the Court hereby ORDERS:

1. The case is dismissed. The confirmation hearing and status conference are hereby taken off calendar.

IT IS SO ORDERED.

###

Date: March 6, 2023

Wayne Johnson
United States Bankruptcy Judge